UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
MARJORIE DUNCAN,

                Plaintiff,

    -against-

UNIVERSAL MUSIC GROUP et al.,

                Defendants.
----------------------------------------------X

08 Civ. 2762 (WHP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

WILLIAM H. PAULEY III, District Judge:

        The action is dismissed for failure to state a claim for relief. The Clerk of the Court is directed to mark the case closed.

Dated: April 3, 2008
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                                U.S.D.J.

*Copy mailed to:*

Marjorie Duncan, Esq.
#21 Springvale Court
10 Byrn Mawr Avenue
Kingston
Jamaica
*Pro Se Plaintiff*