```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MARJORIE DUNCAN,

                        Plaintiff,

       -against-

UNIVERSAL MUSIC GROUP et al.,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 2762 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff's motion for reconsideration of the Court's order dated April 3, 2008 dismissing the action is denied.

Dated: August 7, 2008
       New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.

*Copy mailed to:*

Marjorie Duncan, Esq.
#21 Springvale Court
10 Byrn Mawr Avenue
Kingston
Jamaica
*Pro Se Plaintiff*